UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRENCE SANFORD,

      Plaintiff,                    No. 13-14580

v.                             District Judge George Caram Steeh
                                    Magistrate Judge R. Steven Whalen

THE HARTFORD INSURANCE
COMPANY OF THE MIDWEST,

      Defendant.
_____ /

### ORDER STAYING DEPOSITION

On April 1, 2014, Plaintiff filed a motion for protective order [Doc. #13], seeking to preclude the deposition of Plaintiff Terrence Sanford, which is scheduled for April 7, 2014. The basis for this request is Plaintiff's medical condition. Plaintiff's physician has submitted a statement to the effect that Plaintiff's ability to participate in a deposition would be compromised by the neurological effects of Parkinson's disease.

Plaintiff has made at least a prima facie showing that he is unable to proceed with a deposition, and that a protective order should therefore issue. However, this is not an ex parte proceeding, and the Court requires a response from Defendant, both in writing and at an oral argument, which will be scheduled at a later date.

Accordingly, the scheduled deposition of Plaintiff Terrence Sanford is STAYED pending decision on his motion for protective order.[1]

IT IS SO ORDERED.

Dated: April 2, 2014               s/R. Steven Whalen_____
                                R. STEVEN WHALEN
                                UNITED STATES MAGISTRATE JUDGE

_____

[1] The deposition of Plaintiff's wife, Lois Sanford, may proceed as scheduled.

I hereby certify that a copy of the foregoing document was sent to parties of record on April 2, 2014, eelctronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable R. Steven Whalen