UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRENCE SANFORD,

         Plaintiff,

v.

Case No. 13-cv-14580-GCS-RSW
Honorable George Caram Steeh

THE HARTFORD INSURANCE
COMPANY OF THE MIDWEST,

         Defendant.

_____/

| *DAILEY LAW FIRM, P.C.* | *GARAN LUCOW MILLER, P.C.* |
|---|---|
| BRIAN T. DAILEY (P39945) | JOHN W. WHITMAN (P37932) |
| MICHELLE A. JENKINS (P76457) | MARYBETH MARIN (P77968) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 28000 Woodward Avenue, Suite 201 | 101 North Main Street, Suite 460 |
| Royal Oak, MI 48067 | Ann Arbor, MI 48104 |
| P:248-744-5005 | P: (734) 930-5600 |
| F: 248-744-4440 | |

_____/

## ORDER FOLLOWING FINAL PRETRIAL CONFERENCE

These matters having come before the Court at the December 4, 2014 Final Pretrial Conference, and upon the stipulation and agreement of the parties, as indicated by their signatures below and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the trial date set in this case for Tuesday, December 16, 2014 is adjourned from Tuesday, December 16, 2014 at 9:00 a.m. to a date to be set by this Court.

**IT IS FURTHER ORDERED** that good cause exists for this adjournment of the trial date pursuant to MCR 2.503, because Plaintiff underwent an open lumbar laminectomy on December 10, 2014 and is unable to appear for Trial.

**IT IS FURTHER ORDERED** that consistent with this Court' Order dated October 28, 2014, Plaintiff's counsel may take the discovery deposition of the Defendant claims representative Virginia Gumprecht, to proceed via video link. This deposition may be taken at any time reasonably agreed upon between the parties, but not later than fourteen (14) days prior to the date set for the Trial of this matter.

**IT IS FURTHER ORDERED** that Defendant's counsel may take the deposition of Plaintiff following his recovery from the subject laminectomy.

**IT IS FURTHER ORDERED** that Defendant's counsel may take the discovery deposition of Plaintiff's surgeon, Dr. Peter Bono, D.O.

**IT IS FURTHER ORDERED** that the parties will place this matter into Facilitation with Wayne J. Miller, of Miller & Tischler, P.C. In the event that Mr. Miller is unavailable for Facilitation, the parties may agree on an alternate facilitator.

**IT IS FURTHER ORDERED** that the Defendant, The Hartford Insurance Company of the Midwest, will advise the Michigan Catastrophic Claims Association of the fact that this matter has been ordered into Facilitation. The Defendant Hartford will also advise the Michigan Catastrophic Claims Association that the Court desires that they participate though the Court does not order them to do so.

This is not a final order and does not close the case.

**IT IS SO ORDERED.**

                                        s/George Caram Steeh
                                        U.S. DISTRICT JUDGE

                                        Dated: December 16, 2014

Approved as to substance and form:

*/s/ Michelle A. Jenkins*
Michelle A. Jenkins (P76457)
Attorney for Plaintiff


*/s/ Marybeth Marin*
Marybeth Marin (P77968)
Attorney for Defendant